McGREGOR W. SCOT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00037-SAB |
| Plaintiff, | [Citation #6044874 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| LEAH D. LUGO, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00037-SAB [Citation #6044874 CA/74] against LEAH D. LUGO without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 8, 2019 

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00037-SAB [Citation #6044874 CA/74] against LEAH D. LUGO be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**April 8, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE